UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

BETTY MAJSTOROVIC, )
)
        Plaintiff, )
) **JUDGMENT IN A**
) **CIVIL CASE**
v. ) **CASE NO. 5:16-cv-771-D**
)
STATE FARM FIRE AND CASUALTY )
COMPANY, )
)
        Defendant. )

**Decision by Court.** This action came before this Court and Jury for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that on March 27, 2018 the court GRANTED defendant's motion for partial summary judgment [D.E. 19].

**IT IS FURTHER ORDERED, AND DECREED** that pursuant to a jury verdict entered on May 10, 2019, plaintiff Betty Majstorovic did not prove by a preponderance of the evidence that defendant State Farm breached the contractual terms of the homeowner's insurance policy.

**This Judgment Filed and Entered on May 10, 2019, and Copies To:**

| | |
|---|---|
| Brenton D. Adams | (via CM/ECF electronic notification) |
| Marlo L. Thaggard-O'Tuel | (via CM/ECF electronic notification) |
| Samuel Ranchor Harris, III | (via CM/ECF electronic notification) |
| Diane K. Pappayliou | (via CM/ECF electronic notification) |
| Pamela R. Lawrence | (via CM/ECF electronic notification) |
| Shelley Walters Coleman | (via CM/ECF electronic notification) |
| J. Scott Lewis | (via CM/ECF electronic notification) |

DATE:                                          PETER A. MOORE, JR., CLERK

May 10, 2019                     (By) /s/ Nicole Sellers
                                                            Deputy Clerk